# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL K. CIACCI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF EDUCATION** *et al.*, )<br>)<br>**Defendants.** )<br>_____) | Civ. Action No. 12-1643 (ESH) |

## MEMORANDUM OPINION

Pending before the Court is Defendants' Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure [Dkt. # 9].  By Order of January 28, 2013, plaintiff was advised to respond to defendants' motion by February 28, 2013, or risk dismissal of the case on what the Court might treat as a conceded motion.  Plaintiff has neither filed a response to the pending motion to dismiss nor sought additional time to do so.  Therefore, the Court will treat the motion as conceded and dismiss the case.  *See FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997) (discretion lies wholly with the district court to grant motion to dismiss as conceded).  A separate Order accompanies this Memorandum Opinion.

_____/s/_____
ELLEN SEGAL HUVELLE
DATE: March 13, 2013                United States District Judge